# Exhibit A

19-01435-jlg    Doc 5-2    Filed 12/23/19    Entered 12/23/19 16:01:58    Exhibit A - State Court Docket List    Pg 2 of 6

NYSCEF
New York County Supreme Court
Document List
Index #  650620/2018
Created on: 12/20/2019 08:56 AM

Case Caption:  Z & J LLC d/b/a AppealTech - v. - Laurence Mynes et al
Judge Name:  Doris Ling-Cohan

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | Processed | 02/07/2018 | Lundy, K. |
| 2 | ORDER TO SHOW CAUSE ( PROPOSED ) <br> Order to Show Cause for Preliminary Injunction & Temporary Restraining Order | Processed | 02/08/2018 | Lundy, K. |
| 3 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP - *Corrected* <br> Emergency Affirmation of Christopher A. D'Angelo | Processed | 02/08/2018 | Lundy, K. |
| 4 | EXHIBIT(S) <br> Letter dated 02/02/2018 | Processed | 02/08/2018 | Lundy, K. |
| 5 | EXHIBIT(S) <br> Email dated 02/08/2018 | Processed | 02/08/2018 | Lundy, K. |
| 6 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP <br> Affidavit of Michael Kestan | Processed | 02/08/2018 | Lundy, K. |
| 7 | EXHIBIT(S) <br> List of Appellate Services | Processed | 02/08/2018 | Lundy, K. |
| 8 | EXHIBIT(S) <br> Excerpts from AppealTech's website | Processed | 02/08/2018 | Lundy, K. |
| 9 | EXHIBIT(S) <br> Excerpts from Counsel Press's website | Processed | 02/08/2018 | Lundy, K. |
| 10 | EXHIBIT(S) <br> Mynes' LinkedIn page | Processed | 02/08/2018 | Lundy, K. |
| 11 | EXHIBIT(S) <br> Gladstone's press release | Processed | 02/08/2018 | Lundy, K. |
| 12 | EXHIBIT(S) <br> Mynes' Employment Agreement | Processed | 02/08/2018 | Lundy, K. |
| 13 | EXHIBIT(S) <br> Emails and screen shots | Processed | 02/08/2018 | Lundy, K. |
| 14 | EXHIBIT(S) <br> Mynes' Counsel Press biography page | Processed | 02/08/2018 | Lundy, K. |
| 15 | EXHIBIT(S) <br> Letter dated 01/19/2018 | Processed | 02/08/2018 | Lundy, K. |
| 16 | EXHIBIT(S) <br> Letter dated 01/29/2018 | Processed | 02/08/2018 | Lundy, K. |
| 17 | EXHIBIT(S) <br> Letter dated 02/02/2018 | Processed | 02/08/2018 | Lundy, K. |
| 18 | AFFIRMATION <br> Affirmation of Jacquelyn L. Mouquin | Processed | 02/08/2018 | Lundy, K. |
| 19 | MEMORANDUM OF LAW IN SUPPORT - *Corrected* <br> Memo of Law in Support of Order to Show Cause for a Preliminary Injunction & Temporary Restraining O | Processed | 02/08/2018 | Lundy, K. |
| 20 | RJI -RE: ORDER TO SHOW CAUSE | Processed | 02/08/2018 | Lundy, K. |
| 21 | NOTICE OF APPEARANCE (PRE RJI) | Processed | 02/14/2018 | Lipsky, D. |
| 22 | DECISION + ORDER ON MOTION | Processed | 02/15/2018 | Court User |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 23 | NOTICE OF APPEARANCE (POST RJI)<br>Notice of Appearance of Ryan E. Cronin on behalf of Defendant Counsel Press, Inc. | Processed | 02/21/2018 | Cronin, R. |
| 24 | NOTICE | Processed | 03/22/2018 | Court User |
| 25 | NOTICE OF MOTION<br>Notice of Motion to Dismiss by Defendant Counsel Press, Inc. | Processed | 03/30/2018 | Cronin, R. |
| 26 | MEMORANDUM OF LAW IN SUPPORT<br>Memorandum of Law in Support of Motion to Dismiss | Processed | 03/30/2018 | Cronin, R. |
| 27 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION<br>Affirmation of Ryan E. Cronin in Support of Motion to Dismiss | Processed | 03/30/2018 | Cronin, R. |
| 28 | EXHIBIT(S)<br>Summons and Complaint. | Processed | 03/30/2018 | Cronin, R. |
| 29 | EXHIBIT(S)<br>Affidavit of Michael Kestan | Processed | 03/30/2018 | Cronin, R. |
| 30 | EXHIBIT(S)<br>Employment Agreement | Processed | 03/30/2018 | Cronin, R. |
| 31 | EXHIBIT(S)<br>So-Ordered Stipulation | Processed | 03/30/2018 | Cronin, R. |
| 32 | EXHIBIT(S)<br>Cover Pages to Appeal Briefs | Processed | 03/30/2018 | Cronin, R. |
| 33 | NOTICE OF MOTION | Processed | 03/30/2018 | Lipsky, D. |
| 34 | MEMORANDUM OF LAW IN SUPPORT | Processed | 03/30/2018 | Lipsky, D. |
| 35 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION | Processed | 03/30/2018 | Lipsky, D. |
| 36 | COMPLAINT (AMENDED) - *Corrected*<br>Supplemental Summons and Verified Amended Complaint | Processed | 04/18/2018 | Lundy, K. |
| 37 | NOTICE OF WITHDRAWAL OF MOTION / ORDER TO SHOW CAUSE - IN SUBMISSIONS PART - RM 130<br>Notice of Withdrawal of Motion | Processed | 04/17/2018 | Cronin, R. |
| 38 | NOTICE OF WITHDRAWAL OF MOTION / ORDER TO SHOW CAUSE | Processed | 04/17/2018 | Lipsky, D. |
| 39 | STIPULATION - TIME TO ANSWER<br>Stipulation to Respond to Plaintiff's Verified Amended Complaint. | Processed | 04/25/2018 | Mingione, A. |
| 40 | ANSWER WITH CROSS-CLAIM(S) | Processed | 09/18/2018 | Lipsky, D. |
| 41 | SUMMONS (COUNTERCLAIM / CROSSCLAIM - CPLR 3019) | Processed | 09/18/2018 | Lipsky, D. |
| 42 | SUMMONS (COUNTERCLAIM / CROSSCLAIM - CPLR 3019) | Processed | 09/18/2018 | Lipsky, D. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 43 | NOTICE OF APPEARANCE (POST RJI) | Processed | 09/18/2018 | Lipsky, D. |
| 44 | ANSWER WITH COUNTER-CLAIM(S) | Processed | 09/18/2018 | Lipsky, D. |
| 45 | SUMMONS (COUNTERCLAIM / CROSSCLAIM - CPLR 3019) | Processed | 09/18/2018 | Lipsky, D. |
| 46 | SUMMONS (COUNTERCLAIM / CROSSCLAIM - CPLR 3019) | Processed | 09/18/2018 | Lipsky, D. |
| 47 | NOTICE OF MOTION<br>Notice of Defendnat Counsel Press Inc.'s Motion to Dismiss | Processed | 09/18/2018 | Cronin, R. |
| 48 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION<br>Affirmation of Ryan E. Cronin in Support of Defendant Counsel Press Inc.'s Motion to Dismiss Amended | Processed | 09/18/2018 | Cronin, R. |
| 49 | EXHIBIT(S)<br>Exhibit A - Cronin Affirmation | Processed | 09/18/2018 | Cronin, R. |
| 50 | EXHIBIT(S)<br>Exhibit B - Cronin Affirmation | Processed | 09/18/2018 | Cronin, R. |
| 51 | EXHIBIT(S)<br>Exhibit C - Cronin Affirmation | Processed | 09/18/2018 | Cronin, R. |
| 52 | EXHIBIT(S)<br>Exhibit D - Cronin Affirmation | Processed | 09/18/2018 | Cronin, R. |
| 53 | EXHIBIT(S)<br>Exhibit E - Cronin Affirmation | Processed | 09/18/2018 | Cronin, R. |
| 54 | EXHIBIT(S)<br>Exhibit F- Cronin Affirmation | Processed | 09/18/2018 | Cronin, R. |
| 55 | EXHIBIT(S)<br>Exhibit G - Cronin Affirmation | Processed | 09/18/2018 | Cronin, R. |
| 56 | MEMORANDUM OF LAW IN SUPPORT<br>Memorandum of Law in Support of Motion to Dismiss Amended Complaint | Processed | 09/18/2018 | Cronin, R. |
| 57 | NOTICE OF MOTION | Processed | 09/18/2018 | Lipsky, D. |
| 58 | MEMORANDUM OF LAW IN SUPPORT | Processed | 09/18/2018 | Lipsky, D. |
| 59 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION | Processed | 09/18/2018 | Lipsky, D. |
| 60 | STIPULATION - ADJOURNMENT OF MOTION -IN SUBMISSIONS PART -RM 130 | Processed | 10/02/2018 | Lundy, K. |
| 61 | STIPULATION - ADJOURNMENT OF MOTION -IN SUBMISSIONS PART -RM 130 | Processed | 10/02/2018 | Lundy, K. |
| 62 | ORDER TO SHOW CAUSE ( PROPOSED ) | Processed | 10/18/2018 | Lundy, K. |
| 63 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP | Processed | 10/18/2018 | Lundy, K. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 64 | AFFIRMATION<br>Emergency Affirmation | Processed | 10/18/2018 | Lundy, K. |
| 65 | EXHIBIT(S)<br>October 18, 2018 E-mail Correspondence | Processed | 10/18/2018 | Lundy, K. |
| 66 | ORDER TO SHOW CAUSE | Processed | 10/19/2018 | Court User |
| 67 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 10/22/2018 | Lundy, K. |
| 68 | ORDER TO SHOW CAUSE | Processed | 10/22/2018 | Court User |
| 69 | DECISION + ORDER ON MOTION | Processed | 11/08/2018 | Court User |
| 70 | NOTICE OF ENTRY | Processed | 11/12/2018 | Lundy, K. |
| 71 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 11/15/2018 | Lundy, K. |
| 72 | NOTICE OF APPEARANCE (POST RJI)<br>Notice of Appearance of Peter B. Katzman | Processed | 12/04/2018 | Katzman, P. |
| 73 | STIPULATION - ADJOURNMENT OF MOTION -IN SUBMISSIONS PART -RM 130 | Processed | 12/04/2018 | Katzman, P. |
| 74 | STIPULATION - ADJOURNMENT OF MOTION -IN SUBMISSIONS PART -RM 130 | Processed | 12/04/2018 | Katzman, P. |
| 75 | MEMORANDUM OF LAW IN OPPOSITION | Processed | 01/22/2019 | Katzman, P. |
| 76 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION<br>Affidavit of Michael Kestan | Processed | 01/22/2019 | Katzman, P. |
| 77 | EXHIBIT(S)<br>Exhibit A - Affidavit of Michael Kestan | Processed | 01/22/2019 | Katzman, P. |
| 78 | EXHIBIT(S)<br>Wallach Employment Agreement | Processed | 01/22/2019 | Katzman, P. |
| 79 | EXHIBIT(S)<br>Mynes Employment Agreement | Processed | 01/22/2019 | Katzman, P. |
| 80 | MEMORANDUM OF LAW IN OPPOSITION | Processed | 01/22/2019 | Katzman, P. |
| 81 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION<br>Affidavit of Michael Kestan | Processed | 01/22/2019 | Katzman, P. |
| 82 | EXHIBIT(S)<br>Exhibit A - Affidavit of Michael Kestan | Processed | 01/22/2019 | Katzman, P. |
| 83 | EXHIBIT(S)<br>Wallach Employment Agreement | Processed | 01/22/2019 | Katzman, P. |
| 84 | EXHIBIT(S)<br>Mynes Employment Agreement | Processed | 01/22/2019 | Katzman, P. |
| 85 | REPLY TO COUNTERCLAIM(S)<br>Reply to Counterclaim of Jonathan Wallach | Processed | 01/22/2019 | Katzman, P. |
| 86 | REPLY TO COUNTERCLAIM(S)<br>Reply to Counterclaim of Laurence Mynes | Processed | 01/22/2019 | Katzman, P. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 87 | NOTICE OF APPEARANCE (POST RJI)<br>Notice of Appearance of Peter B. Katzman | Processed | 01/22/2019 | Katzman, P. |
| 88 | STIPULATION - ADJOURNMENT OF MOTION - BEFORE JUDGE | Processed | 02/13/2019 | Lipsky, D. |
| 89 | STIPULATION - ADJOURNMENT OF MOTION - BEFORE JUDGE | Processed | 02/13/2019 | Lipsky, D. |
| 90 | COURT NOTICE | Processed | 02/15/2019 | Court User |
| 91 | COURT NOTICE | Processed | 02/15/2019 | Court User |
| 92 | MEMORANDUM OF LAW IN SUPPORT<br>Reply Memorandum of Law in Further Support of Motion to Dismiss Amended Complaint | Processed | 02/22/2019 | Cronin, R. |
| 93 | MEMORANDUM OF LAW IN REPLY | Processed | 02/22/2019 | Lipsky, D. |
| 94 | AFFIDAVIT OR AFFIRMATION IN REPLY | Processed | 02/22/2019 | Lipsky, D. |
| 95 | ORDER - PRELIMINARY CONFERENCE | Processed | 03/07/2019 | Court User |
| 96 | LETTER / CORRESPONDENCE TO JUDGE<br>Letter To Honorable Doris Ling-Cohan Dated March 29,2019 | Processed | 03/29/2019 | Mingione, A. |
| 97 | ORDER - INTERIM | Processed | 04/10/2019 | Court User |
| 98 | ORDER - INTERIM | Processed | 04/10/2019 | Court User |
| 99 | NOTICE OF BANKRUPTCY (POST RJI) | Processed | 05/14/2019 | Lipsky, D. |
| 100 | DECISION + ORDER ON MOTION | Processed | 06/06/2019 | Court User |
| 101 | DECISION + ORDER ON MOTION | Processed | 06/10/2019 | Court User |
| 102 | ORDER - CASE SCHEDULING | Processed | 10/28/2019 | Court User |
| 103 | ORDER - CASE SCHEDULING | Processed | 11/15/2019 | Court User |