# Exhibit C

FILED: NEW YORK COUNTY CLERK 03/30/2018 01:37 PM
NYSCEF DOC. NO. 25
19-01435-jlg    Doc 5-4    Filed 12/23/19    Entered 12/23/19 16:01:58    Exhibit C -
Notice of Motion to Dismiss.    Pg 2 of 3
INDEX NO. 650620/2018
RECEIVED NYSCEF: 03/30/2018

SUPREME COURT OF NEW YORK
COUNTY OF NEW YORK

| Z & J LLC d/b/a APPEALTECH,<br><br>Plaintiff,<br><br>v.<br><br>LAURENCE MYNES AND COUNSEL PRESS INC.,<br><br>Defendants. | NYSCEF CASE<br><br>Hon. Doris Ling-Cohan, J.S.C.<br><br>No. 650620/2018 |
|---|---|

### NOTICE OF DEFENDANT COUNSEL PRESS INC.'S MOTION TO DISMISS

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Affirmation of Ryan E. Cronin dated March 30, 2018, and upon all prior pleadings and proceedings had herein, Defendant Counsel Press Inc. will move before Motion Submission Part in Room 130 at the Courthouse located at 60 Centre Street, New York, New York, on April 18, 2017 at 9:30 a.m. or so soon thereafter as counsel may be heard, for an Order (i) dismissing Plaintiff's claims as a matter of law under C.P.L.R. § 3211, and (ii) for such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to C.P.L.R. § 2214(b), answering affidavits, if any, shall be served upon Blank Rome LLP on or before April 11, 2018.

FILED: NEW YORK COUNTY CLERK 03/30/2018 01:37 PM
NYSCEF DOC. NO. 25
19-01435-jlg    Doc 5-4    Filed 12/23/19    Entered 12/23/19 16:01:58    Exhibit C -
Notice of Motion to Dismiss.    Pg 3 of 3
INDEX NO. 650620/2018
RECEIVED NYSCEF: 03/30/2018

PLEASE TAKE FURTHER NOTICE that, Plaintiff shall serve reply papers, if any, on or before April 17, 2018.

Dated: New York, New York
March 30, 2018

BLANK ROME LLP

_____
Anthony A. Mingione
Ryan E. Cronin
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel. 212.885.5204
Fax. 212.885.8002
rcronin@blankrome.com
*Attorneys for Defendant Counsel Press Inc.*