# Exhibit F

FILED: NEW YORK COUNTY CLERK 03/30/2018 02:37 PM
NYSCEF DOC. NO. 33
19-01435-jlg    Doc 5-7    Filed 12/23/19    Entered 12/23/19 16:01:58    Exhibit F -
Notice of Motion to Dismiss Lipsky.    Pg 2 of 3
INDEX NO. 650620/2018
RECEIVED NYSCEF: 03/30/2018

SUPREME COURT OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| Z & J LLC d/b/a APPEALTECH, <br><br> Plaintiff, <br><br> v. <br><br> LAURENCE MYNES AND COUNSEL PRESS INC., <br><br> Defendants. | NYSCEF CASE <br><br> Hon. Doris Ling-Cohan, J.S.C. <br><br> No. 650620/2018 |

NOTICE OF DEFENDANT LAURENCE MYNES' MOTION TO DISMISS
PLAINTIFF'S COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Affirmation of Douglas Lipsky, and upon all prior pleadings and proceedings had herein, Defendant Laurence Mynes will move before Motion Submission Part in Room 130 at the Courthouse located at 60 Centre Street, New York, New York, on April 18, 2017 at 9:30 a.m. or so soon thereafter as counsel may be heard, for an Order (i) dismissing Plaintiff's Complaint as a matter of law under C.P.L.R. § 3211, and (ii) such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to C.P.L.R. § 2214(b), answering pleadings, if any, shall be served upon Lipsky Lowe LLP on or before April 11, 2018.

FILED: NEW YORK COUNTY CLERK 03/30/2018 02:37 PM
NYSCEF DOC. NO. 33
INDEX NO. 650620/2018
RECEIVED NYSCEF: 03/30/2018

19-01435-jlg   Doc 5-7   Filed 12/23/19   Entered 12/23/19 16:01:58   Exhibit F -
Notice of Motion to Dismiss Lipsky.   Pg 3 of 3

PLEASE TAKE FURTHER NOTICE that, Defendant Mynes shall serve reply pleadings, if any, on or before April 17, 2018.

Dated: New York, New York
       March 30, 2018

LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky
630 Third Avenue, Fifth Floor
New York, New York 10017
Tel. 212.392.4772
Fax. 212.444.1030
doug@lipskylowe.com
*Counsel for Defendant Mynes*