# Exhibit L

FILED: NEW YORK COUNTY CLERK 09/18/2018 04:37 PM
NYSCEF DOC. NO. 47
INDEX NO. 650620/2018
RECEIVED NYSCEF: 09/18/2018

19-01435-jig    Doc 5-13    Filed 12/23/19    Entered 12/23/19 16:01:58    Exhibit L -
Notice of Motion to Dismiss    Pg 2 of 3

SUPREME COURT OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| Z & J LLC d/b/a APPEALTECH, <br><br> Plaintiff, <br><br> v. <br><br> LAURENCE MYNES and COUNSEL PRESS, INC., GLADSTONE INVESTMENT CORPORATION, GLADSTONE MANAGEMENT CORPORATION, GLADSTONE ADMINISTRATION, LLC and JONATHAN WALLACH, <br><br> Defendants. | NYSCEF CASE <br><br> Hon. Doris Ling-Cohan, J.S.C. <br><br> No. 650620/2018 |

### NOTICE OF DEFENDANT COUNSEL PRESS INC.'S MOTION TO DISMISS

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Affirmation of Ryan E. Cronin dated September 18, 2018, and upon all prior pleadings and proceedings had herein, Defendants Counsel Press, Inc., Gladstone Investment Corporation, Gladstone Management Corporations, and Gladstone Administration, LLC will move before Motion Submission Part in Room 130 at the Courthouse located at 60 Centre Street, New York, New York, on October 10, 2018 at 9:30 a.m. or so soon thereafter as counsel may be heard, for an Order (i) dismissing Plaintiff's claims as a matter of law under C.P.L.R. § 3211, and (ii) for such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to C.P.L.R. § 2214(b), answering affidavits, if any, shall be served upon Blank Rome LLP on or before October 3, 2018.

151526.00601/112530244v.1

FILED: NEW YORK COUNTY CLERK 09/18/2018 04:37 PM
NYSCEF DOC. NO. 47
19-01435-jlg    Doc 5-13    Filed 12/23/19    Entered 12/23/19 16:01:58    Exhibit L -
Notice of Motion to Dismiss    Pg 3 of 3
INDEX NO. 650620/2018
RECEIVED NYSCEF: 09/18/2018

PLEASE TAKE FURTHER NOTICE that, Movants shall serve reply papers, if any, on or before October 9, 2018.

Dated: New York, New York
September 18, 2018

BLANK ROME LLP

_____
Anthony A. Mingione
Ryan E. Cronin
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel. 212.885.5204
Fax. 212.885.8002
rcronin@blankrome.com
*Attorneys for Defendants Counsel Press, Inc., Gladstone Investment Corporation, Gladstone Management Corporations, and Gladstone Administration, LLC*

151526.00601/112530244v.1