# Exhibit O

SUPREME COURT OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| Z & J LLC d/b/a APPEALTECH, | <u>NYSCEF CASE</u> |
| Plaintiff, | Hon. Doris Ling-Cohan, J.S.C |
| v. | No. 650620/2018 |
| LAURENCE MYNES, COUNSEL PRESS INC., GLADSTONE INVESTMENT CORPORATION, GLADSTONE MANAGEMENT CORPORATIONS, GLADSTONE ADMINISTATION, LLC AND JONATHAN WALLACH, | |
| Defendants. | |
| LAURENCE MYNES AND JONATHAN WALLACH, | |
| Counterclaim Plaintiffs, | |
| v. | |
| Z & J LLC d/b/a APPEALTECH AND MICHAEL KESTAN, Jointly and Severally, | |
| Counterclaim Defendants. | |

**NOTICE OF DEFENDANTS LAURENCE MYNES AND JONATHAN WALLACH'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

<u>PLEASE TAKE NOTICE</u> that upon the accompanying Memorandum of Law and Douglas Lipsky's Affirmation, and upon all prior pleadings and proceedings had herein, Defendants Laurence Mynes Jonathan Wallach will move before Motion Submission Part in Room 130 at the Courthouse located at 60 Centre Street, New York, New York, on October 10, 2018 at 9:30 a.m. or so soon thereafter as counsel may be heard, for an Order (i) dismissing Counts One, Two, Five, Six and Seven of the First Amended Complaint as

FILED: NEW YORK COUNTY CLERK 09/18/2018 05:35 PM		INDEX NO. 650620/2018
NYSCEF DOC. NO. 57		RECEIVED NYSCEF: 09/18/2018

19-01435-jlg    Doc 5-16    Filed 12/23/19    Entered 12/23/19 16:01:58    Exhibit Q -
Liptsky NOM Re Dismiss.    Pg 3 of 3

a matter of law under C.P.L.R. § 3211, and (ii) such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to C.P.L.R. § 2214(b), answering pleadings, if any, shall be served upon Lipsky Lowe LLP on or before October 3, 2018.

PLEASE TAKE FURTHER NOTICE that, Defendants Mynes and Wallach shall serve reply pleadings, if any, on or before October 9, 2018.

Dated: New York, New York
September 18, 2018

LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky
630 Third Avenue, Fifth Floor
New York, New York 10017
Tel. 212.392.4772
Fax. 212.444.1030
doug@lipskylowe.com
*Counsel for Defendants Mynes and Wallach*