# Exhibit R

FILED: NEW YORK COUNTY CLERK 10/02/2018 04:26 PM
NYSCEF DOC. NO. 60
INDEX NO. 650620/2018
RECEIVED NYSCEF: 10/02/2018

19-01435-jlg    Doc 5-19    Filed 12/23/19    Entered 12/23/19 16:01:58    Exhibit R -
Stipulation of Adjournment.    Pg 2 of 3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------- X
Z & J LLC d/b/a APPEAL TECH,

             Plaintiff,

  -against-

LAURENCE MYNES, COUNSEL PRESS, INC.,
GLADSTONE INVESTMENT CORPORATION,
GLADSTONE MANAGEMENT CORPORATIONS,
GLADSTONE ADMINISTRATION, LLC and
JONATHAN WALLACH,

             Defendants.
------------------------------------------------- X

Index No. 650620/2018

**STIPULATION**

     **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties herein that Defendants Laurence Mynes and Jonathan Wallach's Motion to Dismiss (Motion Sequence No. 5) and Defendants Counsel Press, Inc., Gladstone Investment Corporation, Gladstone Management Corporations and Gladstone Administration, LLC's Motion to Dismiss (Motion Sequence No. 4) (collectively the "Motions") are adjourned from October 10, 2018 until **December 5, 2018**;

     **IT IS FURTHER STIPULATED AND AGREED** that Opposition to the Motions must be served through the NYSCEF system so as to be received by **November 13, 2018**;

     **IT IS FURTHER STIPULATED AND AGREED** that a Reply in Further Support of either Motion must be served through the NYSCEF system so as to be received by **December 3, 2018**;

FILED: NEW YORK COUNTY CLERK 10/02/2018 04:26 PM
NYSCEF DOC. NO. 60
INDEX NO. 650620/2018
RECEIVED NYSCEF: 10/02/2018
19-01435-jlg    Doc 5-19    Filed 12/23/19    Entered 12/23/19 16:01:58    Exhibit R -
Stipulation of Adjournment.    Pg 3 of 3

**IT IS FURTHER STIPULATED AND AGREED** that the time to respond to Defendants Laurence Mynes and Jonathan Wallach's Counterclaims is extended through **November 13, 2018**; and

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be executed in counterparts and facsimile and/or scanned e-mail signatures will be accorded the same force and effect as if they were original signatures.

Dated: New York, New York
       September 20, 2018

MICHELMAN & ROBINSON, LLC

By: _____
   Kathryn T. Lundy
800 Third Avenue, 24th Floor
New York, New York 10022
(212) 730-7700
Email: klundy@mrllp.com
*Attorneys for Plaintiff/Counterclaim Defendants*

BLANK ROME LLP

By: _____
   Anthony A. Mingione
   Ryan E. Cronin
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 885-5345
Email: amingione@blankrome.com
       rcronin@blankrome.com
*Attorneys for Defendant Counsel Press, Inc., Gladstone Investment Corporation, Gladstone Management Corporations and Gladstone Administration, LLC*

LIPSKY LOWE LLP

By: _____
   Douglas B. Lipsky
630 Third Avenue, Fifth Floor
New York, New York 10017
Tel. (212) 392-4772
Email: doug@lipskylowe.com
*Counsel for Defendant/Counterclaim Plaintiff Laurence Mynes and Jonathan Wallach*

4096" = "1" "151526.00601/108160851v.1" ""