# Exhibit T

SUPREME COURT OF THE STATE OF NEW YORK - NEW YORK COUNTY
PRESENT: **Doris Ling-Cohan**, Justice     PART 36

Decisions and Order on Motion:

Z + J LLC d/b/a AppealTech,
Plaintiff/s,

-v-

Lawrence Mynes et al
Defendant/s.

INDEX NO. 650620/2018
MOTION DATE
MOTION SEQ. NO. 006
MOTION CAL.NO.

The following papers, numbered 1 to __ were read on this motion to/for : **WITHDRAW AS COUNSEL**

| Papers | Numbered |
|---|---|
| Notice of Motion/Order to Show Cause - Affidavits - Exhibits | 1, 2 |
| Answering Affidavits - Exhibits (Memo)_____ | _____ |
| Replying Affidavits (Reply Memo) _____ | _____ |

Cross-Motion:    [ ] Yes    [ X ] No

Upon the foregoing papers submitted upon default of plaintiff(s) and defendant(s), it is ORDERED that this motion by _Michelman & Robinson, LLP_ to be relieved as attorneys for Plaintiff(s)/ ~~Defendant(s)~~ _Z+J LLC d/b/a Appeal Tech_ in the herein action is granted upon the filing of proof of compliance with the following conditions.

It is further ORDERED that said attorney(s) serve, within 5 days of the date of this order, a copy of this order with notice of entry (1) by regular mail and certified mail to the former client(s) at the former client's last known address _7 W. 36th St, 12th Fl, NY NY 10018_, and (2) upon all other parties by regular mail; and (3) provide proof of such service within 10 days of such service, together with a copy of this order, upon the clerk of this Part, Room 428, 60 Centre Street, NY NY 10007, as well as upon the clerk of the Court at 60 Centre Street.

It is further ORDERED that no further proceedings may be taken against the former client(s) without leave of this Court until _Dec. 4, 2018_ .

**WARNING:** (circle) **PLAINTIFF(S)**/ ~~DEFENDANT(S)~~ **HAS/HAVE 30 DAYS TO APPOINT A NEW ATTORNEY.**\*    THE NEXT COURT DATE IS : _Dec 5, 2018_ at _9:30_ am/~~pm~~, AT SUPREME COURT, _Motion Submission Part,_ 60 CENTRE STREET, ROOM ~~130~~ **130** NY, NY 10007. NOTE: **FAILURE TO APPEAR** \*\* **MAY MEAN DISMISSAL/DEFAULT OF YOUR CASE** _and/or the Submission of defendants' Motion to dismiss on default._ \*\*\*

Check only if appropriate:
[ ] The ~~compliance/status conference/motion is adjourned to~~ ~~, to allow plaintiff(s)/defendant(s) time to find an attorney.~~ ~~Failure to appear at such conference may result in the dismissal/default of your case.~~

This constitutes the decision and order of the Court.

\* Plaintiff must appear by an attorney because it is a LLC.

Dated: _11-5-2018_
/s/ Doris Ling-Cohan, JSC

\*\* and submit written opposition to defendants' motions to dismiss

\*\*\* Should additional be needed to oppose the motion to dismiss, Plaintiff's new Counsel may seek more time in the motion Support Office.

Check One: [ ] FINAL DISPOSITION    [ X ] NON-FINAL DISPOSITION
Check if Appropriate:    [ ] DO NOT POST