# Exhibit U

FILED: NEW YORK COUNTY CLERK 12/04/2018 04:50 PM
NYSCEF DOC. NO. 72

INDEX NO. 650620/2018
RECEIVED NYSCEF: 12/04/2018

19-01435-jlg    Doc 5-22    Filed 12/23/19    Entered 12/23/19 16:01:58    Exhibit U -
Notice of Appearance.    Pg 2 of 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------x
Z&J LLC d/b/a APPEALTECH,                           :
                                                    :    Index No.: 650620/2018
                    Plaintiff,                      :
                                                    :
    -against-                                       :    **NOTICE OF APPEARANCE**
                                                    :
LAURENCE MYNES, COUNSEL PRESS INC.,                 :
GLADSTONE INVESTMENT CORPORATION,                   :
GLADSTONE MANAGEMENT                                :
CORPORATIONS, GLADSTONE                             :
ADMINISTRATION, LLC and JONATHAN                    :
WALLACH                                             :
                                                    :
                    Defendants.                     :
-----------------------------------------------------------------x

    **PLEASE TAKE NOTICE**, that Peter B. Katzman of Morea Schwartz Bradham Friedman & Brown LLP, an attorney in good standing and a member of the Bar of the State of New York, hereby appears in the above-captioned action on behalf of Z & J LLC d/b/a AppealTech and demands that all papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
       December 4, 2018

                                      MOREA SCHWARTZ BRADHAM
                                      FRIEDMAN & BROWN LLP

                          By:  /s/ Peter B. Katzman
                              Peter B. Katzman
                              444 Madison Avenue, 4th Floor
                              New York, New York 10022
                              Tel. No.: (212) 695-8050

                              *Attorneys for Plaintiff Z & J LLC d/b/a AppealTech*