# Exhibit V

FILED: NEW YORK COUNTY CLERK 12/04/2018 04:53 PM
NYSCEF DOC. NO. 73
INDEX NO. 650620/2018
RECEIVED NYSCEF: 12/04/2018

19-01435-jlg    Doc 5-23    Filed 12/23/19    Entered 12/23/19 16:01:58    Exhibit V -
Stipulation of Adjournment.    Pg 2 of 3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------x
Z&J LLC d/b/a APPEALTECH,

        Plaintiff,

-against-

LAURENCE MYNES, COUNSEL PRESS INC.,
GLADSTONE INVESTMENT CORPORATION,
GLADSTONE MANAGEMENT
CORPORATIONS, GLADSTONE
ADMINISTRATION, LLC and JONATHAN
WALLACH

        Defendants.
---------------------------------------------------------------x

Index No.: 650620/2018

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties herein that Defendants Laurence Mynes and Jonathan Wallach's Motion to Dismiss (Motion Sequence No. 5) and Defendants Counsel Press, Inc., Gladstone Investment Corporation, Gladstone Management Corporations and Gladstone Administration, LLC's Motion to Dismiss (Motion Sequence No. 4) (collectively the "Motions") are adjourned from December 5, 2018 until **February 15, 2018**;

**IT IS FURTHER STIPULATED AND AGREED** that Opposition to the Motions must be served through the NYSCEF system so as to be received by **January 22, 2018**;

**IT IS FURTHER STIPULATED AND AGREED** that a Reply in Further Support of either Motion must be served through the NYSCEF system so as to be received by **February 13, 2018**;

**IT IS FURTHER STIPULATED AND AGREED** that the time to respond to Defendants Laurence Mynes and Jonathan Wallach's Counterclaims (the "Counterclaims") is extended through **January 22, 2018**;

FILED: NEW YORK COUNTY CLERK 12/04/2018 04:53 PM
NYSCEF DOC. NO. 73
19-01435-jlg    Doc 5-23    Filed 12/23/19    Entered 12/23/19 16:01:58    Exhibit V -
Stipulation of Adjournment.    Pg 3 of 3
INDEX NO. 650620/2018
RECEIVED NYSCEF: 12/04/2018

**IT IS FURTHER STIPULATED AND AGREED** that if Counterclaim Defendants file a Motion to Dismiss the Counterclaims, the Opposition to such Motion must be served through the NYSCEF system so as to be received by **February 13, 2018** and a Reply in Further Support of such Motion must be served through the NYSCEF system so as to be received by **February 25, 2018**; and

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be executed in counterparts and facsimile and/or scanned e-mail signatures will be accorded the same force and effect as if they were original signatures.

Dated: New York, New York
December 4, 2018

MOREA SCHWARTZ BRADHAM
FRIEDMAN & BROWN LLP

By: _____
Peter B. Katzman
John M. Bradham
444 Madison Avenue, 4th Floor
New York, New York 10022
Tel. No.: (212) 695-8050
Email: pkatzman@msbllp.com
       jbradham@msbllp.com
*Attorneys for Plaintiff/Counterclaim Defendants*

BLANK ROME LLP

By: _____
Anthony A. Mingione
Ryan E. Cronin
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel. No.: (212) 885-5345
Email: amingione@blankrome.com
       rcronin@blankrome.com
*Attorneys for Defendant Counsel Press, Inc., Gladstone Investment Corporation, Gladstone Management Corporations and Gladstone Administration, LLC*

LIPSKY LOWE LLP

By: _____
Douglas B. Lipsky
630 Third Avenue, 5th Floor
New York, New York 10017
Tel. No.: (212) 392-4772
Email: doug@lipskylowe.com
*Attorneys for Defendant/Counterclaim Plaintiff Laurence Mynes and Jonathan Wallach*