# Exhibit DD

FILED: NEW YORK COUNTY CLERK 01/22/2019 08:11 PM INDEX NO. 650620/2018
NYSCEF DOC. NO. 87                                                          RECEIVED NYSCEF: 01/22/2019

19-01435-jlg    Doc 5-31    Filed 12/23/19    Entered 12/23/19 16:01:58    Exhibit DD -
Notice of Appearance.    Pg 2 of 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------x
Z & J LLC d/b/a APPEALTECH,                          :
                                                     :    Index No.: 650620/2018
                Plaintiff,             :
                                                     :
  -against-                                         :    **NOTICE OF APPEARANCE**
                                                     :
LAURENCE MYNES, COUNSEL PRESS INC.,                  :
GLADSTONE INVESTMENT CORPORATION,                    :
GLADSTONE MANAGEMENT                                 :
CORPORATIONS, GLADSTONE                              :
ADMINISTRATION, LLC and JONATHAN                     :
WALLACH                                              :
                                                     :
                Defendants.            :
---------------------------------------------------------------x

    **PLEASE TAKE NOTICE**, that Peter B. Katzman of Morea Schwartz Bradham Friedman & Brown LLP, an attorney in good standing and a member of the Bar of the State of New York, hereby appears in the above-captioned action on behalf of Counterclaim Defendant Michael Kestan and demands that all papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
       January 22, 2019

                                              MOREA SCHWARTZ BRADHAM
                                              FRIEDMAN & BROWN LLP

                                  By: /s/ Peter B. Katzman
                                       Peter B. Katzman
                                       444 Madison Avenue, 4th Floor
                                       New York, New York 10022
                                       Tel. No.: (212) 695-8050

                                   *Attorneys for Plaintiff Z & J LLC d/b/a*
                                   *AppealTech and Counterclaim Defendant*
                                   *Michael Kestan*