# Exhibit FF

FILED: NEW YORK COUNTY CLERK 02/13/2019 06:02 PM
NYSCEF DOC. NO. 89

INDEX NO. 650620/2018
RECEIVED NYSCEF: 02/13/2019

19-01435-jlg    Doc 5-33    Filed 12/23/19    Entered 12/23/19 16:01:58    Exhibit FF -
Stipulation of Adjournment.    Pg 2 of 4

SUPREME COURT OF NEW YORK
COUNTY OF NEW YORK

|  |  |
|---|---|
| Z & J LLC d/b/a APPEALTECH,<br><br>Plaintiff,<br><br>v.<br><br>LAURENCE MYNES, COUNSEL PRESS, INC., GLADSTONE INVESTMENT CORPORATION, GLADSTONE MANAGEMENT CORPORATIONS, GLADSTONE ADMINISTRATION, LLC AND JONATHAN WALLACH,<br><br>Defendants. | NYSCEF CASE<br><br>Hon. Doris Ling-Cohan, J.S.C.<br><br>No. 650620/2018<br><br>Motion Seq. Nos. 4 and 5<br><br><br>STIPULATION |
| LAURENCE MYNES and JONATHAN WALLACH,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>Z & J LLC d/b/a APPEALTECH AND MICHAEL KESTAN, Jointly and Severally,<br><br>Counterclaim Defendants. |  |

IT IS HEREBY STIPULATED AND AGREED that the Defendants Counsel Press, Inc., Gladstone Investment Corporation, Gladstone Management Corporations and Gladstone Administration, LLC's Motion to Dismiss (Motion Seq. No. 4) and Defendants Laurence Mynes and Jonathan Wallach's Motion to Dismiss (Motion Seq. No. 5) are adjourned from February 15, 2019 to March 1, 2019;

IT IS HEREBY FURTHER STIPULATED AND AGREED that the deadline for Defendants Counsel Press, Inc., Gladstone Investment Corporation, Gladstone Management Corporations and Gladstone Administration, LLC to file their reply

Page 1 of 3

submission in further support of their Motion to Dismiss (Motion Seq. No. 4) is extended

from February 13, 2019 to February 27, 2019; and

IT IS HEREBY FURTHER STIPULATED AND AGREED that the deadline for

Defendants Laurence Mynes and Jonathan Wallach to file their reply submission in

further support of their Motion to Dismiss (Motion Seq. No. 5) is extended from February

13, 2019 to February 27, 2019; and

[CONTINUED ON NEXT PAGE]

-2-

IT IS HEREBY FURTHER STIPULATED AND AGREED that this Stipulation

may be executed in counterparts and signatures transmitted by email or facsimile will be

treated as original signatures.

Dated: New York, New York
February 13, 2019

MOREA SCHWARTZ BRADHAM
FRIEDMAN & BROWN LLP

_____
Peter B. Katzman
John M. Bradham
444 Madison Avenue, 4th Floor
New York, New York 10022
Tel: 212.695.8050
pkatzman@msbllp.com
jbradham@msbllp.com
*Attorneys for Plaintiff/Counterclaim
Defendants*

Dated: New York, New York
February 13, 2019

BLANK ROME LLP

_____
Anthony M. Mingione
Ryan E. Cronin
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: 212.885.5345
amingione@blankrome.com
rcronin@blankrome.com
*Attorneys for Defendants*

Dated: New York, New York
February 13, 2019

LIPSKY LOWE LLP

_____
Douglas B. Lipsky
630 Third Avenue, Fifth Floor
New York, New York 10017
Tel: 212.392.4772
doug@lipskylowe.com
*Attorneys for Defendants/Counterclaim
Plaintiffs*

-3-