# Exhibit GG

FILED: NEW YORK COUNTY CLERK 02/15/2019 03:24 PM
NYSCEF DOC. NO. 90
19-01435-jlg    Doc 5-34    Filed 12/23/19    Entered 12/23/19 16:01:58    Exhibit GG -
Court Notice.    Pg 2 of 2
INDEX NO. 650620/2018
RECEIVED NYSCEF: 02/15/2019

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**
**JUDGE LING-COHAN, DORIS**
**MOTION JUDGE LING-COHAN, DORIS**



| Z & J LLC d/b/a AppealTech<br><br>- v. -<br><br>Laurence Mynes et al |
|---|

Index No.   650620/2018
Motion No.   004

**COURT NOTICE**

All parties:
The adjournment requested for motion sequence #004 and #005 is past 60 days of the original return date. This request, and all subsequent stipulations or requests for an adjournment, will ONLY be executed when so ordered by a judge.

As a courtesy, a one-time adjournment to February 25, 2019 has been granted. If on said date, a so-ordered stipulation is not provided, the motion will be marked fully submitted and forwarded to the assigned part. Please contact the assigned part or, if the assigned judge is not available, the ex-parte office to complete the necessary action(s) as soon as possible.

Thank you for your attention to this matter.
Best regards,
Motion Submissions Part Room 130
Supreme Civil Court, New York County


DATED 02/15/2019                                        FILED By Leni Silvestre