# Exhibit LL

FILED: NEW YORK COUNTY CLERK 05/14/2019 08:54 AM
NYSCEF DOC. NO. 99

INDEX NO. 650620/2018
RECEIVED NYSCEF: 05/14/2019

19-01435-jlg    Doc 5-39    Filed 12/23/19    Entered 12/23/19 16:01:58    Exhibit LL -
Suggestion of Bankruptcy.    Pg 2 of 4

SUPREME COURT OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| Z & J LLC d/b/a APPEAL TECH,<br><br>Plaintiff,<br><br>v.<br><br>LAURENCE MYNES, COUNSEL PRESS INC., GLADSTONE INVESTMENT CORPORATION, GLADSTONE MANAGEMENT CORPORATIONS, GLADSTONE ADMINISTRATION, LLC AND JONATHAN WALLACH,<br><br>Defendants. | <u>NYSCEF CASE</u><br><br>No. 650620/2018<br><br><u>SUGGESTION OF BANKRUPTCY</u> |
| LAURENCE MYNES AND JONATHAN WALLACH,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>Z & J LLC d/b/a APPEALTECH AND MICHAEL KESTAN, Jointly and Severally<br><br>Counterclaim Defendants. | |

Please be advised that Plaintiff-Counterclaim Defendant Z&J LLC d/b/a APPEAL TECH filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code on May 9, 2019 in the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>"), Case No. 19-11502 (JLG).

1

A copy of the Notice of Bankruptcy Case Filing issued by the Bankruptcy Court is attached hereto as <u>Exhibit A</u>.

Dated: New York, New York
May 14, 2019

                                                LIPSKY LOWE LLP

                                                <u>s/ Douglas B. Lipsky</u>
                                                Douglas B. Lipsky
                                                630 Third Avenue, Fifth Floor
                                                New York, New York 10017
                                                212.392.4772
                                                doug@lipskylowe.com
                                                *Counsel for Defendants-Counterclaim Plaintiffs*
                                                *Laurence Mynes and Jonathan Wallach*

FILED: NEW YORK COUNTY CLERK 05/14/2019 08:54 AM
NYSCEF DOC. NO. 99
INDEX NO. 650620/2018
RECEIVED NYSCEF: 05/14/2019

19-01435-jlg    Doc 5-39    Filed 12/23/19    Entered 12/23/19 16:01:58    Exhibit LL -
Suggestion of Bankruptcy.    Pg 4 of 4

CM/ECF    Query    Reports    Utilities    Help    Log Out

United States Bankruptcy Court
Southern District of New York



### Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 05/09/2019 at 09:59 AM and filed on 05/09/2019.

**Z & J, LLC d/b/a Appeal Tech**
7 West 36th Street
New York, NY 10018
Tax ID / EIN: 20-2475416

The case was filed by the debtor's attorney:

**Daniel Scott Alter**
360 Westchester Avenue #316
Port Chester, NY 10573
914-393-2388

The case was assigned case number 19-11502-jlg to Judge James L. Garrity.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, One Bowling Green, New York, NY 10004-1408.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Vito Genna**
**Clerk, U.S. Bankruptcy Court**