# Exhibit MM

FILED: NEW YORK COUNTY CLERK 06/06/2019 04:27 PM
NYSCEF DOC. NO. 100

INDEX NO. 650620/2018
RECEIVED NYSCEF: 06/06/2019

19-01435-jlg  Doc 5-40  Filed 12/23/19  Entered 12/23/19 16:01:58  Exhibit MM -
Order Re Bankruptcy  Pg 2 of 5

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

PRESENT: _____  PART 36
                                    Justice

Z + J LLC d/b/a Appeal Tech,
    -v-
Lawrence Mynes et al.

INDEX NO. 650620/2018
MOTION DATE _____
MOTION SEQ. NO. 004/005

The following papers, numbered 1 to ____, were read on this motion to/for _____

Notice of Motion/Order to Show Cause — Affidavits — Exhibits _____ | No(s). _____
Answering Affidavits — Exhibits _____ | No(s). _____
Replying Affidavits _____ | No(s). _____

Upon the foregoing papers, it is ordered that ~~this motion is~~ the within motions are marked "off calendar", without prejudice to restoration, after the stay in bankruptcy has been lifted.

The court has been informed that plaintiff/counterclaim defendant filed a petition for relief under Chapter 11 of the Bankruptcy Code and, thus, an automatic stay is in effect (see attached).

The discovery conference scheduled for August 1, 2019 is adjourned to Oct. 31, 2019, for an update of the status of the bankruptcy case. Such update ~~payment~~ shall be by letter, sent to this court in an envelope with a copy of this order attached to the outside of the envelope.

Dated: 6/5/19                                              _____, J.S.C.

1. CHECK ONE: .................................................. ☐ CASE DISPOSED    ☒ NON-FINAL DISPOSITION
2. CHECK AS APPROPRIATE: ........................MOTION IS: ☐ GRANTED  ☐ DENIED  ☐ GRANTED IN PART  ☐ OTHER
3. CHECK IF APPROPRIATE: ................................................. ☐ SETTLE ORDER           ☐ SUBMIT ORDER
                                                                            ☐ DO NOT POST  ☐ FIDUCIARY APPOINTMENT  ☐ REFERENCE

CCD-back

FILED: NEW YORK COUNTY CLERK 06/06/2019 04:27 PM
NYSCEF DOC. NO. 100
19-01435-jlg    Doc 5-40    Filed 12/23/19    Entered 12/23/19 16:01:58    Exhibit MM -
                                Order Re Bankruptcy    Pg 3 of 5
INDEX NO. 650620/2018
RECEIVED NYSCEF: 06/06/2019

FILED: NEW YORK COUNTY CLERK 05/14/2019 08:54 AM
NYSCEF DOC. NO. 99
INDEX NO. 650620/2018
RECEIVED NYSCEF: 05/14/2019

SUPREME COURT OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| Z & J LLC d/b/a APPEAL TECH,<br><br>Plaintiff,<br><br>v.<br><br>LAURENCE MYNES, COUNSEL PRESS INC., GLADSTONE INVESTMENT CORPORATION, GLADSTONE MANAGEMENT CORPORATIONS, GLADSTONE ADMINISTRATION, LLC AND JONATHAN WALLACH,<br><br>Defendants. | NYSCEF CASE<br><br>No. 650620/2018<br><br>SUGGESTION OF BANKRUPTCY |
| LAURENCE MYNES AND JONATHAN WALLACH,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>Z & J LLC d/b/a APPEALTECH AND MICHAEL KESTAN, Jointly and Severally<br><br>Counterclaim Defendants. | |

Please be advised that Plaintiff-Counterclaim Defendant Z&J LLC d/b/a APPEAL TECH filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code on May 9, 2019 in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Case No. 19-11502 (JLG).

FILED: NEW YORK COUNTY CLERK 06/06/2019 04:27 PM INDEX NO. 650620/2018
NYSCEF DOC. NO. 100 RECEIVED NYSCEF: 06/06/2019

19-01435-jlg    Doc 5-40    Filed 12/23/19    Entered 12/23/19 16:01:58    Exhibit MM -
Order Re Bankruptcy    Pg 4 of 5

FILED: NEW YORK COUNTY CLERK 05/14/2019 08:54 AM INDEX NO. 650620/2018
NYSCEF DOC. NO. 99 RECEIVED NYSCEF: 05/14/2019

A copy of the Notice of Bankruptcy Case Filing issued by the Bankruptcy Court is attached hereto as Exhibit A.

Dated: New York, New York
May 14, 2019

        LIPSKY LOWE LLP

        s/ Douglas B. Lipsky
        Douglas B. Lipsky
        630 Third Avenue, Fifth Floor
        New York, New York 10017
        212.392.4772
        doug@lipskylowe.com
        *Counsel for Defendants-Counterclaim Plaintiffs*
        *Laurence Mynes and Jonathan Wallach*

FILED: NEW YORK COUNTY CLERK 06/06/2019 04:27 PM
NYSCEF DOC. NO. 100
INDEX NO. 650620/2018
RECEIVED NYSCEF: 06/06/2019

19-01435-jlg  Doc 5-40  Filed 12/23/19  Entered 12/23/19 16:01:58  Exhibit MM - Order Re-Bankruptcy  Pg 5 of 5

FILED: NEW YORK COUNTY CLERK 05/14/2019 08:54 AM
NYSCEF DOC. NO. 99
INDEX NO. 650620/2018
RECEIVED NYSCEF: 05/14/2019

CM/ECF     Query    Reports ▾    Utilities ▾    Help    Log Out

United States Bankruptcy Court
Southern District of New York

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 05/09/2019 at 09:59 AM and filed on 05/09/2019.

Z & J, LLC d/b/a Appeal Tech
7 West 36th Street
New York, NY 10018
Tax ID / EIN: 20-2475416



The case was filed by the debtor's attorney:

Daniel Scott Alter
360 Westchester Avenue #316
Port Chester, NY 10573
914-393-2388

The case was assigned case number 19-11502-jlg to Judge James L. Garrity.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, One Bowling Green, New York, NY 10004-1408.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Vito Genna
Clerk, U.S. Bankruptcy Court