# Exhibit NN

FILED: NEW YORK COUNTY CLERK 11/15/2019 04:48 PM    INDEX NO. 650620/2018
NYSCEF DOC. NO. 103                                  RECEIVED NYSCEF: 11/15/2019

19-01435-jlg   Doc 5-41   Filed 12/23/19   Entered 12/23/19 16:01:58   Exhibit NN -
                           Scheduling Order   Pg 2 of 2

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

PRESENT: **DORIS LING-COHAN**, Justice         PART 36

Z+J LLC d/b/a Appeal Tech
-v-
Lawrence Mynes, et al.

INDEX NO. 650620/2018
MOTION DATE _____
MOTION SEQ. NO. _____

The following papers, numbered 1 to _____, were read on this motion to/for _____

Notice of Motion/Order to Show Cause — Affidavits — Exhibits _____ | No(s). _____
Answering Affidavits — Exhibits _____ | No(s). _____
Replying Affidavits  *Letter dated Oct 31, 2019 from Counsel* | No(s). _____

Upon the foregoing papers, it is ordered that ~~this motion is~~ as plaintiff's bankruptcy remains pending, the discovery conference scheduled for Oct. 31, 2019 is adjourned to (as a control date *) February 27, 2020, for an update as to the status of such bankruptcy. The update shall be by letter, sent to this Court with a copy of this order attached.

* no appearances.

Dated: 11/15/19                                            _____, J.S.C.
                                                           DORIS LING-COHAN

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE
FOR THE FOLLOWING REASON(S): _____

1. CHECK ONE: ............................... ☐ CASE DISPOSED       ☒ NON-FINAL DISPOSITION
2. CHECK AS APPROPRIATE: ..........MOTION IS: ☐ GRANTED  ☐ DENIED  ☐ GRANTED IN PART  ☐ OTHER
3. CHECK IF APPROPRIATE: ................... ☐ SETTLE ORDER         ☐ SUBMIT ORDER
                                             ☐ DO NOT POST  ☐ FIDUCIARY APPOINTMENT  ☐ REFERENCE

1 of 1